UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, aka NERRAH BROWN,<br><br>Plaintiff,<br><br>v.<br><br>DR. CHRISTINE S. BARBER, et al.,<br><br>Defendants. | No. 2:19-cv-1338 KJN P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983, and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302. On July 24, 2019, plaintiff filed a motion for preliminary injunctive relief in which he seeks pain medication, neck surgery for his disc herniation, a cortisone shot in his shoulder, and renewal of his orthopedic shoe chrono. The court requested an informal response from the Supervising Deputy Attorney General, which was provided. However, since the response was filed, plaintiff has filed multiple declarations, allegedly in support of his motion, or in reply to the informal response provided. (ECF Nos. 14, 16, 18, 19, 20, 21).

Plaintiff is advised that briefing on motions is governed by Local Rule 230(l), which contemplates the filing of a motion, an opposition, and a reply. Id. The court has not granted plaintiff leave to file additional declarations, and he has not sought court permission to do so.

Therefore, plaintiff is provided an opportunity to file **one** reply in which he includes all of his arguments in reply to Dr. Adams' declaration.[1] If plaintiff fails to respond to this order, the undersigned will only consider plaintiff's reply to Dr. Adams' declaration (ECF No. 17), and plaintiff's remaining declarations will be placed in the court file and disregarded (ECF Nos. 14, 16, 18, 19, 20, 21).

Further, once plaintiff files his reply, plaintiff shall file nothing further until the court addresses the pending motion for injunctive relief. Failure to comply with this order may result in the imposition of sanctions, including, but not limited to, the recommendation that this action be terminated. Rule 41(b) of the Federal Rules of Civil Procedure provides for the involuntary dismissal of an action where a litigant fails to comply with the Federal Rules or a court order. Plaintiff is warned that violation of this court order may result in the dismissal of his case.

Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall file one reply to the August 13, 2019 declaration of A. Adams (ECF No. 15).

Dated: September 23, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/wilk1338.onereply

---

[1] Plaintiff is advised that the filing of multiple, unauthorized documents unduly congests the court record and impinges on the court's ability to address the merits of plaintiff's claims, as well as other dispositive matters. "Judges in the Eastern District of California carry the heaviest caseloads in the nation, and this Court is unable to devote inordinate time and resources to individual cases and matters." Cortez v. City of Porterville, 5 F. Supp. 3d 1160, 1162 (E.D. Cal. 2014).

2