1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     KEENAN WILKINS, aka NERRAH           No.  2:19-cv-1338 KJN P
       BROWN,
12
                       Plaintiff,
13                                          ORDER
            v.
14
       DR. CHRISTINE S. BARBER, et al.,
15
                       Defendants.
16

17

18          Plaintiff, a state prisoner proceeding pro se, has elected to dismiss defendants Escobar,

19     Adams and Recarey without prejudice.  Good cause appearing, such defendants are dismissed

20     from this action without prejudice.

21          Accordingly, IT IS HEREBY ORDERED that defendants Escobar, Adams and Recarey

22     are dismissed without prejudice (ECF No. 33).

23     Dated:  December 3, 2019

24

25                                          _____
                                            KENDALL J. NEWMAN
26                                          UNITED STATES MAGISTRATE JUDGE

       wilk1338.59
27

28

                                            1