UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, aka NERRAH BROWN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DR. CHRISTINE S. BARBER, et al.,<br><br>　　　　　　Defendants. | No. 2:19-cv-1338 KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding pro se.  On April 20, 2020, plaintiff filed a request to vacate the scheduling order pending screening of his proposed amended complaint.  However, by separate order, the undersigned denied plaintiff's motion to amend.  (ECF No. 77.)  Therefore, plaintiff's request is now moot.  As stated in such order, this action proceeds on plaintiff's original complaint.

　　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to vacate the scheduling order (ECF No. 76) is denied.

Dated:  May 7, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/wilk1338.vac

1