UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, aka NERRAH BROWN, | No. 2:19-cv-1338 KJN P |
| Plaintiff, | |
| v. | ORDER |
| DR. CHRISTINE S. BARBER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se. On April 16, 2020, plaintiff renewed his motion for injunctive relief.[1] In the instant motion, plaintiff claims he filed a motion for temporary restraining order on March 10, 2020, "that to date is unanswered." (ECF No. 75 at 1.) However, the court docket does not reflect the filing of such a motion.[2] At this time, the only pending motion for preliminary relief is plaintiff's motion filed on April 16, 2020.

---

[1] In response to plaintiff's prior motions for preliminary injunction, and pursuant to the court's order, the state provided responses by special appearance (ECF Nos. 15, 32). The undersigned recommended that plaintiff's prior motions for preliminary injunction or temporary restraining order be denied, which were adopted by the district court. (ECF No. 59.)

[2] Rather, the court docket reflects that plaintiff has filed numerous declarations. (ECF Nos. 14-23, 25, 40, 43, 45-46, 61, 67). On September 23, 2019, plaintiff was advised that Local Rule 230(l) contemplates the filing of a motion, an opposition, and a reply, and plaintiff is entitled to file one declaration in support of a motion or opposition or reply. (ECF No. 22.) The docket does not reflect the filing of a motion for temporary restraining order on or about March 10, 2020.

In the pending motion, plaintiff now alleges that his uncontrolled pain has kept him from exercising for at least a year, in violation of his basic human right to exercise. Plaintiff also claims that although he was referred to the pain management committee on March 25, 2019, to date he has not been seen by the pain management committee, well over a year later.

It is unclear at this time whether or how inmates are being permitted opportunities to exercise in light of the COVID-19 pandemic.

Good cause appearing, within twenty-one days from the date of this order, defendants shall file a response to plaintiff's motion. In addition to addressing plaintiff's motion, including his alleged inability to exercise, as well as the pandemic's impact on his opportunity to exercise, defendants shall address the delay in plaintiff's referral to the pain management committee. Plaintiff may file a reply fourteen days thereafter.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days from the date of this order, defendants shall file a response to plaintiff's motion for injunctive relief (ECF No. 75); fourteen days thereafter, plaintiff may file a reply.

Dated: May 19, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/wilk1338.fb

2