UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, aka NERRAH BROWN,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. CHRISTINE S. BARBER, et al.,<br><br>        Defendants. | No. 2:19-cv-1338 KJN P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. On May 29, 2020, plaintiff filed a motion for injunctive relief. On June 9, 2020, counsel for defendant Mansour filed a declaration in response to the court's briefing order. That same day, defendant Barber joined in Mansour's response. Subsequently, plaintiff filed a notice stating that although he received a copy of Barber's joinder, plaintiff has still not received a copy of the June 9, 2020 filing. (ECF No. 91.) On June 29, 2020, plaintiff filed another notice stating he had not received the declaration. (ECF No. 93.) Good cause appearing, the Clerk of the Court is directed to send plaintiff a copy of the declaration (ECF No. 89). Plaintiff is granted fourteen days from the date of this order in which to file a reply.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send plaintiff a copy of the June 9, 2020 declaration (ECF No. 89); and

2. Plaintiff is granted fourteen days from the date of this order in which to file a reply.

Dated: July 2, 2020

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/wilk1338.ext.86

2