UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, aka NERRAH BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. CHRISTINE S. BARBER, et al.,<br><br>　　　　　Defendants. | No.  2:19-cv-1338 KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding pro se.  On July 13, 2020, plaintiff filed a motion to seal medical records.  (ECF No. 97.)  Plaintiff argues that the medical records appended to the June 9, 2020 declaration are confidential and thus there is a compelling reason to seal them, citing Chester v. King, 2019 WL 5420213 (E.D. Cal. Oct. 23, 2019), and Kamakana v. City and County of Honolulu, 447 F.3d 1172 (9th Cir. 2006).  (ECF No. 97.)

　　　　Accordingly, IT IS HEREBY ORDERED that within twenty-one days from the date of this order, counsel for defendant Mansour shall file a response to plaintiff's motion to seal (ECF No. 97).

 Dated:  July 29, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/wilk1338.mts

1