UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, aka NERRAH BROWN,<br><br>Plaintiff,<br><br>v.<br><br>DR. CHRISTINE S. BARBER, et al.,<br><br>Defendants. | No. 2:19-cv-1338 WBS KJN P<br><br>ORDER |

Plaintiff moves the court to reconsider its Order of August 6, 2020, dismissing plaintiff's claim against defendant Le (ECF No. 113), and objects to the Magistrate Judge's Order of September 11, 2020 with regard to the sealing of plaintiff's medical records. (ECF No. 123.) The court has read and considered both requests and in the exercise of its discretion declines to change or modify its previous order or to overturn the decision of the Magistrate Judge with regard to plaintiff's medical records.

IT IS THEREFORE ORDERED that plaintiff's motion for reconsideration (ECF No. 113) is hereby DENIED, and plaintiff's objection to the Magistrate Judge's Order (ECF No. 123) is hereby OVERRULED.

Dated:  October 22, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1