UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, | No. 2:19-cv-1338 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| DR. CHRISTINE S. BARBER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se. Plaintiff filed a motion to extend the discovery deadline, and seeks appointment of counsel, in part based on his claim that prison officials have implemented a "new policy to only afford access to courts to DPV inmates (visually impaired) and deny it to everyone else." (ECF No. 132 at 2.) He claims that since August of 2020 he has been denied forms, supplies, copies, and materials, and only provided access to "'non-current' Lexis Research Computer every other day." (Id.) However, on November 29, 2020, plaintiff was informed that the Lexis computer is inoperable, and it is unclear when it will be repaired.

Within twenty-one days, counsel for defendant shall respond to plaintiff's motion to modify the scheduling order, as well as plaintiff's claims concerning his lack of access to the courts, liberally construed as lack of access to the law library and legal materials. (ECF Nos. 131, 132.)

1   Accordingly, IT IS HEREBY ORDERED that within twenty-one days from the date of
2   this order, defendants shall file a response to plaintiff's motion to modify the scheduling order
3   and pertinent allegations set forth in his motion for counsel (ECF No. 132), as set forth above.
4   Dated: December 7, 2020

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/wilk1338.fb2