UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, aka NERRAH BROWN, | No. 2:19-cv-1338 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| DR. CHRISTINE S. BARBER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 14, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff filed objections to the findings and recommendations. Defendants filed no reply.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

On January 25, 2021, plaintiff filed a Motion for Recusal of the assigned magistrate judge. The motion does not set forth an adequate basis for recusal. See 28 U.S.C. §144.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 14, 2021 (ECF No. 140), are adopted in full;

2. Plaintiff's motion for injunctive relief (ECF No. 119) is denied; and

3. Plaintiff's motion for recusal of the assigned magistrate judge (ECF No. 144) is denied.

Dated:  February 16, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/wilk1338.805.3