UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS (AKA NERRAH BROWN),<br><br>  Plaintiff,<br><br>  v.<br><br>DR. CHRISTINE BARBER, et al.,<br><br>  Defendants. | ) Case No. 2:19-cv-1338 WBS KJN P<br>)<br>) [PROPOSED] ORDER<br>)<br>)<br>) Judge: Hon. William B. Shibb<br>) Magistrate Judge: Hon. Kendall J. Newman<br>) Action filed: July 17, 2019<br>)<br>)<br>)<br>) |

The Court is in receipt of Defendant C. Barber's Ex Parte Application for Extension of Time to File an Opposition to Plaintiff's Motion for Summary Judgment (ECF No. 166) and an Opposition to Plaintiff's Second Motion to Compel (ECF No. 167).

/ / /

/ / /

/ / /

/ / /

/ / /

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant C. Barber's Ex Parte Application for Extension of Time to File to File an Opposition to Plaintiff's Motion for Summary Judgment (ECF No. 166) and an Opposition to Plaintiff's Second Motion to Compel (ECF No. 167) is granted; and

2. The deadline to file an Opposition to Plaintiff's Motion for Summary Judgment is extended to August 15, 2021; and the deadline to file an Opposition to Plaintiff's Second Motion to Compel is extended to August 2, 2021.

Dated: July 9, 2021

/wilk1338.eot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE