UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, aka NERRAH BROWN, | No. 2:19-cv-1338 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| DR. CHRISTINE S. BARBER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 28, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff subsequently filed several pleadings, among which are objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 28, 2021 (ECF No. 214), are adopted in full;

2. Plaintiff's motions for reconsideration (ECF Nos. 194, 197) are denied; and

3. Plaintiff's motion for intervention by presiding judge (ECF No.219) is denied.

Dated: November 24, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/wilk1338.805(4)