UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, aka NERRAH BROWN, | No. 2:19-cv-1338 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| DR. CHRISTINE S. BARBER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 27, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis, and are adopted in full.

1

1     Plaintiff's request that the court inquire or investigate into purported bad faith misconduct and criminal acts by defense and defendants is denied for the reasons set forth in the January 27, 2022 order (ECF No. 231 at 3-4).

    Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed January 27, 2022, are adopted in full; and

    2. Plaintiff's motion for relief under Rule 60 (ECF No. 218) is denied;

    3. Upon reconsideration, the order denying plaintiff's motion to seal all medical records in this case (ECF No. 213) is affirmed;

    4. The decision not to seal all of plaintiff's medical records is deemed law of the case; and

    5. Plaintiff's January 10, 2022 request (ECF No. 229) is denied.

Dated: March 4, 2022

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/wilk1338.805