UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, aka NERRAH BROWN, | No. 2:19-cv-1338 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| DR. CHRISTINE S. BARBER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 30, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff filed objections to the findings and recommendations.[1] (ECF No. 271.) On March 2, 2023, plaintiff asked the Court to take judicial notice of Woodson v. Sahota, 2016 U.S. Dist. LEXIS 24104 (E.D. Cal. Feb. 26, 2019). (ECF No. 273.) Defendants filed responses. (ECF Nos. 274, 275.)

---

[1] The magistrate judge limited objections to fifteen pages. (ECF No. 268 at 60.) Plaintiff's objections are forty-nine pages. (ECF No. 271.) Despite plaintiff's failure to comply, the Court considers plaintiff's objections.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 30, 2023, are adopted in full;

2. Defendant Barber's motion for summary judgment (ECF No. 198) is granted;

3. The remaining defendants' motion for summary judgment (ECF No. 199) is granted;

4. The court declines to exercise supplemental jurisdiction over plaintiff's state law claims, and dismisses such state law claims without prejudice; and

5. The Clerk of the Court is directed to enter judgment and close this case.

Dated: March 22, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/wilk1338.805.268